IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRY.COM, INC., a Montana corporation,<br><br>　　　　Defendant. | Case No.: 3:10-CV-00497-BR<br><br>JUDGMENT |

Based upon Plaintiff's Motion, the Declaration in Support of Plaintiff's Motion, Plaintiff's Supplemental Declaration, Plaintiff's Memorandum in Support of Plaintiff's Motion for Default Judgment, and the records and files herein,

IT APPEARING that Defendant Sacry.Com, Inc. is in default and the Court being fully advised;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is awarded judgment against Defendant for the period of July 2009 to September 2009 in the amount of $30,090.04 under Plaintiff's claim for relief under 29 U.S.C. § 1132(g)(2)(A); and $5,441.06 in interest as of November 1, 2010, which continues to accrue at a rate of $13.47 per day until paid under 29 U.S.C. § 1132(g)(2)(B); and $5,441.06 ~~in interest as of November 1,~~

Page 1 - JUDGMENT

1. ~~2010, which continues to accrue at a rate of $13.47 per day until and including the date this~~
2. ~~Judgment is entered~~ under 29 U.S.C. § 1132(g)(2)(C)(i); and Plaintiff's reasonable attorney fees,
3. Bill of Costs, and audit fees under 29 U.S.C. § 1132(g)(2)(D), to be submitted in accordance with
4. LR 54 and FRCP 54. This Judgment does not include and does not preclude the recovery of
5. amounts owed for any other time period or amounts not shown on the reports prepared by
6. Defendant.

DATED: December 16, 2010.

_____
Judge Anna J. Brown

Respectfully submitted,

BRADLEY L. MIDDLETON, P.C.

_____
Bradley L. Middleton, OSB #89311
(503) 968-7487
(503) 968-6766 (Fax)
bradley@middletonpc.com
Of Attorneys for Plaintiff

mit\sacry\pleading\judgment.wpd

Page 2 - JUDGMENT